**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LOUIS JAMES STRIANESE**

    **Plaintiff**

**v.**            **CASE NO. 4:12-CV-110-MW/CAS**

**KENNETH TUCKER,**

    **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

   The Court has considered the Magistrate's Report and Recommendation, ECF No. 48, filed April 5, 2013.  Upon consideration,

   IT IS ORDERED:

   The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall enter judgment stating, "The Defendant's motion to dismiss, ECF No. 38, is **GRANTED**.  This cause is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)." The Clerk shall note on the docket this cause was dismissed **pursuant to 28 U.S.C.**

**§1915(e)(2)(B)(ii).** The Clerk shall close the file.

SO ORDERED on April 26, 2013.

s/Mark E. Walker
United States District Judge